BBC

# COMPLAINT
### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Amanda Shepard

U.S. District Court
Wisconsin Eastern

MAY 29 2026

FILED
Clerk of Court

v.

Case Number:

26-cv-965

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Shawano
Marinette Counties
Brown

← 2018CF000145, 2019TR00525, 2019CF000378
2018CF000297, 2020CF000001
← 2025CF002092
← 2025CF002092

### A. PARTIES

1. Plaintiff is a citizen of ___Wisconsin___ and resides at
   (State)

   1228 S. Oneida St
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

Discovery in Shawano clearly shows that I'm surrounded by parties that do not wish me well well as for the two other counties. First intent to deliver party of a crime was charged mainly. Now because of the paid lawyer Skwara who as well hid evidence in Marinette Shaw's in picture's. For party of a crime I was the main one charged because the last person driving the vehicle was me versus camera footage showing partner I was dating at the time had people in and out

*married my younger cousin*

*As I said the last person...* (and) for Drug court. Second party of a crime

I crashed into a bus and the only individual that was able too open the door was the backseat passenger who walked off twenty or fifty feet away dug in the ground and came back. A police officer saw him do that. This is where it gets tricky involving this Imbeing pinned and harrassed as mentally unstable. They are going too force me into a mental health facility to take me away from Kid and kill him. When I was pulled overed in Marinette I had 'my Son with me. The cop took 500$ out of my wallet and I had a father who lived less than 20ft away my baby has been gone since. Skara was the same lawyer who handled my altercations with my child's father who is not on the birthcertificate and is being arrested to harass and breakentry the second time involving open Brown County case. The first altercation my son wasen't even twomonths old I had a c-section healing my spine is crooked so they stabbed me with a needle and tube which hurt the most three-times. My son was almost 10 pounds and was almost 30 inches long. Mind you I was 100 pounds natturally weighing 125 (meds) because of these parties. I was breastfeeding at the time when the altercation happened I was eating and drinking 4 to 5 redbulls daily. I was had a infection and still suffer with my stomach treatment weighing 113. I've had 4 too 5 lawyers help then situation Including I was mentaly cleared then. 2020

the judge's and D.A.'s being notified of evidence. Cps took the initiation as long with law enforcement who helped have my kid taken away by watching my son's father assult me twice, was going to show more videos too show I am not the aggressor but still chose to incarcerate me so that Everette could steal property. Attorney Eric Maciolek was released my phone who deleted my evidence so now I'm having too wait for Brown and Marinette's body cam footage. Both had the same cop come around wearing a black cap. Had state court appointed lawyers no good in Brown, that one left me. Hopefully I have the psych eval documented (Brown) via chip record. But I do have a letter providing a on going mental health dicagnosis since 25 of last year. Which is given to you as long with facts and proof. For the other state appointed lawyer he just wanted too

Stole documentation
↑
chip & phone
Shwara Cps cops

Bad Jone

argue inspite of evidence being shown, plus was not wanting too help get phone records. I have on going person harrasment documented and two of them felt comfortable to damage my vehicle matter of fact on my way too go to the courer fecleral court house that's what happened otherwise I would've had the paper work filed a day code earlier. But I am going to squeez this in the last 12 years I've had money go missing at the banks and one of them is BMO Harris bank. Not only that but there was a trafficking bust in michigan. I was moving to down there for a cosmatology plus the money the cop stole that was for the house I was buying. With the banks that started 12 years ago like last time I was trying to move. In Browncounty Juvenille holding cell downtown My kids father's nickename 7 his name is on one of the benches with ex boyfriend Richard Dick name written by it. Told police officers about it while going to court while incarcerated That was before Eric started acting odd and switched the judge on me. I'm running out of funds, my families falling apart and I'm running out of time. May you please help me and my family. All the people who have been helped in this document are no good and the government is my mother. I need to get my son back.

I completed my parenting to get my kid it was the last qualification I had to do and the judge who said I get it done specifically still had my kid taken away. He's also the same judge as for the eviction and he is giving me a hard time as with my kids.

JURISDICTION

⊠ I am suing for a violation of federal law under 28 U.S.C. § 1331.

Father. Complained I have pitbulls and they are a danger but Everette won't won't give me back my boy dog. Plus I don't have any money so how my kids

OR

⊠ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

power father is trying to sue me for almost 3,000 dollars he used my credit cards which totaled $_____ totaled to another 3,000. He paid zero child support no nothing.

D.   RELIEF WANTED

lawyers that were involved that was 15 thousand. I'm out here on bond for my kid.

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Look at my evidence that I regathered and I'm running out of money. Sheesh. I'm a federally recognized tribal member and my son is being taken because he is able to meet recognition but because of corruption his rights are being violated. His father is no good. The vehicle I crashed it was with my money and under my mothers name. My brother he needs help down syndrome and autistic. My sister would take him if anything were to happen to my mother and she's the one who helped my kids father take my son when he was a baby. She's the reason my face is broken.

Complaint – 4

Can't explain all the neglected medical issues

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _29_ day of _May_ 20_26_.

Respectfully Submitted,

_Amanda Shepard_
Signature of Plaintiff

_920-241-4141_
Plaintiff's Telephone Number

_Spia_150@outlook.com_
Plaintiff's Email Address

_1228 S Oneida St_

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.