# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

AMANDA A. SHEPARD,

Plaintiff,

v.

Case No. 26-CV-965

SHAWANO COUNTY,
MARINETTE COUNTY,
and BROWN COUNTY,

Defendants.

---

## ORDER

---

Amanda Shepard originally filed this action against Shawano, Marinette, and Brown Counties. (ECF No. 1.) Because Shepard was proceeding without paying the filing fee, the court screened the complaint to ensure it was legally sufficient to proceed. 28 U.S.C. § 1915. The court determined that Shepard's complaint failed to state a claim upon which relief may be granted. (ECF No. 4.)

On June 4, 2026, Shepard was ordered to file an amended complaint within 28 days if she intended to proceed with this suit. (ECF No. 4.) Shepard has not filed an amended complaint or indicated in any other way that she wishes to proceed.

**IT IS THEREFORE ORDERED** that Amanda Shepard's complaint and this action are dismissed without prejudice. The Clerk is directed to enter judgment accordingly.

Dated at Green Bay, Wisconsin this 20th day of July, 2026.

_s/ Byron B. Conway_
BYRON B. CONWAY
U.S. District Judge